**Order entered June 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00858-CR

**JASON DANIEL CROUCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76147-U**

## ORDER

The State's June 24, 2016 second motion for extension of time to file the State's brief is

**GRANTED**. The State's brief received by the Clerk of the Court on June 24, 2016 is **DEEMED**

timely filed on the date of this order.


/s/     LANA MYERS
        JUSTICE